In the Matter of the Application of JOHN G. ZEVELY for Admission to Practice as an Attorney. (From the State of West Virginia.) — Application granted. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

GEORGE R. SCHIVERA, Respondent, v. LONG ISLAND LIGHTING COMPANY, Defendant, and ROBERT FORRESTER, as Treasurer of Building and Construction Trades Council of Nassau and Suffolk Counties, an Unincorporated Association, Appellant.— Appeal by defendant Forrester from an order denying his motion to dismiss the complaint in an injunction suit on the ground that section 876-a of the Civil Practice Act has not been complied with, and granting plaintiff's motion for a temporary injunction. Order, insofar as appealed from, reversed on the law, without costs, plaintiff's motion denied, and the motion of defendant Forrester to dismiss the complaint granted, without costs. This case grows out of a labor dispute in which the disputants are the Building and Construction Trades Council of Nassau and Suffolk Counties, and William Levitt & Sons, Inc., builders. Since section 876-a of the Civil Practice Act applies to "any case involving or growing out of a labor dispute," plaintiff should have complied with the provisions of that section. We pass upon no other question. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See *post*, p. 906.]

In the Matter of the Appointment of a MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SECOND JUDICIAL DISTRICT.— EDWARD A. VOSSELER, Esq., residing at No. 76 Remsen Street, Brooklyn, is hereby appointed a member in place of WILLIAM PINKNEY HAMILTON, JR., deceased, to serve on such committee during the pleasure of the court; such appointment to take effect March 20, 1946. Present — Lewis, P. J., Hagarty, Carswell, Johnston, Adel, Aldrich and Nolan, JJ.

## (March 25, 1946.)

ROSE BAER, Respondent, v. JAMES A. McKINNEY et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

CITY OF BEACON, Respondent, v. ASHER BERNSTEIN REALTY CORP., Appellant.— Motion by appellant for leave to make an application in the Supreme Court, Dutchess County, for an order opening the judgment herein and permitting appellant to interpose an amended answer, denied, without costs, upon the ground that such permission is unnecessary. (See *Henry* v. *Allen*, 147 N. Y. 346.) Motion for stay denied, without costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [185 Misc. 262.]

GEORGE DALLAS, Appellant, v. LOUISE LAHL et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante*, p. 819.]

ELIAS GRANICH, Respondent, v. ISAAC STOLOVITZ, Appellant.— Motion for reargument denied, without costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante*, p. 844.]

In the Matter of the Probate of the Will of ELIZABETH M. MILLER, Deceased. ROBERT E. SWEZEY, Appellant; CLARA L. MILLER, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante*, p. 826.]